Per Curiam.

(No. 6942

Keenan Printing Company, Claimant, *vs.* State of Illinois, Fair Employment Practices Commission, Respondent.

137

*Opinion filed November 14, 1972.*

KEENAN PRINTING COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.